# EXHIBIT A



## Bexar County

### District Clerk/County Clerk Search

## Full Case Information

## Case Summary

### Case Information for Cause #: 2015CI17400

**DAVID MICHELETTI vs UBER TECHNOLOGIES INC ET AL**

| | |
|---|---|
| **Cause No. :** | 2015CI17400 |
| **Name :** | |
| **Business Name :** | UBER TECHNOLOGIES INC |
| **Litigant Type :** | DEFENDANT |
| **Date Filed :** | 10/14/2015 |
| **Docket Type :** | OTHER CIVIL CASES |
| **Case Status :** | PENDING |
| **Court :** | 288 |

*Information as of: 11/13/2015 03:35:41 PM*

# Case History

*Currently viewing 1 through 10 of 10 records.*

| Type/Sequence | Date Filed | Description |
|---|---|---|
| P00001 | 10/14/2015 | JURY FEE PAID |
| P00002 | 10/14/2015 | PETITION |
| P00003 | 10/14/2015 | SERVICE ASSIGNED TO CLERK 3 |
| S00001 | 10/15/2015 | CITATION<br>UBER TECHNOLOGIES INC<br>ISSUED: 10/15/2015 |
| S00002 | 10/15/2015 | CITATION<br>RASIER LLC<br>ISSUED: 10/15/2015 RECEIVED: 10/19/2015<br>EXECUTED: 10/20/2015 RETURNED: 10/23/2015 |
| P00004 | 10/23/2015 | RETURN OF SERVICE OF<br>ADAM BRIDGEWATER |
| P00005 | 11/11/2015 | MOTION FOR<br>IN SUPPORT OF MOTION FOR ADMISSION PRO H<br>AC VICE |
| P00006 | 11/12/2015 | MOTION OF<br>REQUESTING PERMISSION TO APPEAR PRO HAC<br>VICE |
| P00007 | 11/12/2015 | MOTION OF<br>REQUESTING PERMISSION TO APPEAR PRO HAC<br>VICE |
| P00008 | 11/12/2015 | MOTION IN<br>SUPPORT OF MOTION FOR ADMISSION PRO HAC<br>VICE |