AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
SEP 30 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| David Micheletti | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA:15-CV-1001-RCL |
| Uber Technologies, Inc., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

☑ **other:** It is ORDERED that [doc #8] Motion to Dismiss is GRANTED.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Royce C. Lamberth on Motion to Dismiss.


Date:  09/30/2016

CLERK OF COURT

*(signature)*

Robert F. Flaig
*Signature of Clerk or Deputy Clerk*